### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Travis Lytle, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:21-cv-02481-JAR-KGG |
| | ) |
| MS Services, LLC, a Wyoming limited liability company, | ) ) |
| | ) |
|     Defendant. | ) |

### **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby voluntarily dismisses his claims against the Defendant, with prejudice.

Dated:  December 17, 2021

One of Plaintiff's Attorneys

s/ James R. Crump_____
One of Plaintiff's Attorneys

James R. Crump     (#78704)
Ryan M. Callahan   (#62666)
Callahan Law Firm, LLC
222 West Gregory, Suite 210
Kansas City, Missouri 64114
(816) 822-4041
ryan@callahanlawkc.com

David J. Philipps   (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, a copy of the foregoing **Notice of Voluntary Dismissal with prejudice** was filed electronically**.**  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David J. Philipps						davephilipps@aol.com
Mary E. Philipps						mephilipps@aol.com
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465


Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on December 17, 2021.

MS Services, LLC
c/o Stuart R. Day
159 North Wolcott Street
Suite 400
P.O. Box 10700
Casper, Wyoming 82602

/s/_ James R. Crump____
One of Plaintiff's Attorneys

James R. Crump
Ryan M. Callahan
Callahan Law Firm, LLC
222 West Gregory
Suite 210
Kansas City, Missouri 64114
ryan@callahanlawkc.com